RAYMOND v. TIFFANY. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Irving E. Raymond, as president, etc., against Burnett Y. Tiffany. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 120 N. Y. Supp. 1143.

REBSTEIN, Respondent, v. DANZIGER, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Frank W. A. Rebstein against Max Danziger. No opinion. Motion denied, on authority of Platz v. City of Cohoes, 8 Abb. N. C. 393, without costs.

REICH v. COCHRAN et al. (Supreme Court, Appellate Division, First Department. February 25, 1910.) Action by Lorenz Reich against Eva S. Cochran and others. No opinion. Motion granted, unless appellant procure the record on appeal and appellant's points to be filed, so that the appeal can be argued on or before the 12th day of April, 1910. Order filed. See, also, 120 N. Y. Supp. 1143.

REUHL v. REUHL. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Action by Wilhelmina Reuhl against Theodore C. Reuhl. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

REYNOLDS, Appellant, v. MATHEWS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Clara E. Reynolds against Andrew J. Mathews and George T. Mathews, as executors, etc. No opinion. Judgment affirmed, with costs.

RICE, Respondent, v. MacARTHUR BROS. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Hugh Rice against the MacArthur Bros. Company and others. No opinion. Motion denied, with $10 costs. See, also, 120 N. Y. Supp. 1143.

RITCHEY, Respondent, v. JACKSON, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Daniel P. Ritchey against Henry H. Jackson, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

In re ROBINSON. (Supreme Court, Appellate Division, First Department. March 31, 1910.) In the matter of Henry A. Robinson, an attorney. No opinion. Reference ordered. Settle order on notice.

In re ROBINSON et al. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) In the matter of the application of Julia R. Robinson and others for administration with the will annexed of Frances C. Robinson, deceased. No opinion. Motion granted, upon the ground that no legal decree has been entered, with leave to either party to apply to the surrogate to make and sign proper findings upon which a decree can be entered.

ROCHKIND et al., Appellant, v. JACOBSON, Respondent. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Samuel Rochkind and others, copartners, etc., against Judah Jacobson. No opinion. Judgment affirmed, with costs. See, also, 126 App. Div. 357, 110 N. Y. Supp. 583.

RODGER, Respondent, v. HEATLEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Grace T. Rodger against George W. Heatley. No opinion. Judgment and order affirmed, with costs.

In re RODGERS. (Supreme Court, Appellate Division, Third Department, March 25, 1910.) In the matter of the application of Andrew J. Rodgers, a former bankrupt, to have certain judgments entered and docketed against him, etc., canceled and discharged of record. PER CURIAM. Order affirmed, with $10 costs and disbursements. HOUGHTON, J., not sitting.

ROSENTHAL v. LEVY. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by Albert A. Rosenthal against Pauline Levy. No opinion. Application for leave to appeal from Appellate Term denied, with $10 costs. Order signed.

ROTH, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Henry S. Roth against the City of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROYAL WEAVING CO. v. PRINCE. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Appeal from Special Term, New York County. Action by the Royal Weaving Company against Julius Prince. From an order directing plaintiff to furnish a further bill of particulars, plaintiff appeals. Modified and affirmed. See, also, 130 App. Div. 903, 115 N. Y. Supp. 1142. Abraham Gruber, for appellant. Henry S. Dottenheim, for respondent. PER CURIAM. The order appealed from should be modified, by striking out the words "and further specifying the hour and minute when the said alleged repudiation, notification, and direction were made, and the hour and minute when the said tender was made, as nearly as the same can be stated," and, as thus modified, affirmed, without costs to either party.

ROYS SYSTEM CO., Respondent, v. BONERT, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.)

Action by the Roys System Company against Louis Bonert. No opinion. Judgment of the County Court of Kings County affirmed, with costs.

RUBIN, Appellant, v. RUBIN, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Jacob L. Rubin against Emma Rubin. No opinion. Order affirmed, with $10 costs and disbursements.

SACKETT PLASTER BOARD CO. v. AMSTERDAM BUILDING CO. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by the Sackett Plaster Board Company against the Amsterdam Building Company. See, also, 121 N. Y. Supp. 238. With this case has been consolidated in this court cases bearing titles as follows: Meyer Guralnick v. Amos F. Eno; Harry T. Ramsey v. George G. Phillips (see, also, 121 N. Y. Supp. 282); Bridget Phelan v. Abraham Gabriel. No opinions. Applications denied, with $10 costs. Orders signed.

ST. MARKS AFRICAN M. E. CHURCH, Appellant, v. BRUGGEMANN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by the St. Marks African Methodist Episcopal Church on Union Avenue, at Elmhurst, Borough of Queens, City and State of New York, against William Bruggemann and others. No opinion. Motion to dismiss appeal granted, with costs; no statement being made in the moving papers as to the nature of the action, or that there is any merit in the appeal.

SALMON, Appellant, v. TROUPIANSKY, Respondent (two cases). (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Isaac Salmon against Benjamin Troupiansky. No opinion. Motion to dismiss appeal granted, with costs, unless appeal is perfected and case placed on April calendar for argument; on compliance, motion denied, without costs.

SAMELSON v. MAYER. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Hyman Samelson against Carrie Mayer. No opinion. Motion granted, upon plaintiff filing stipulation that upon affirmance judgment absolute shall be rendered against him. Order signed. See, also, 65 Misc. Rep. 518, 120 N. Y. Supp. 75.

SAX, Appellant, v. FARGO, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by Jacob M. Sax against James C. Fargo, as president, etc. Tipple & Plitt, for appellant. J. V. Lyle, for respondent. No opinion. Order modified, as directed in order, and, as modified, affirmed, without costs. Order filed.

In re SCHNABEL. NOONAN v. PRESS PUB. CO. SCHWARTZ v. ONWARD CONST. CO. (Supreme Court, Appellate Division, First Department. March 18, 1910.) In the matter of Katharine Schnabel as administratrix. See, also, 121 N. Y. Supp. 54. Actions by Lily Noonan against the Press Publishing Company (see, also, 121 N. Y. Supp. 1141) and by Charles Schwartz against the Onward Construction Company (see, also, 121 N. Y. Supp. 1147). No opinions. Motions denied, with $10 costs. Orders filed.

In re SCHNEIDER. In re EAST 157TH STREET IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 31, 1910.) In the matter of Louisa B. Schneider and East 157th Street in City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 121 N. Y. Supp. 9.

SCHNEIDER et al., Appellants, v. PINES, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Simon Schneider and others against Joseph Pines. No opinion. Motion denied without costs.

SCHULLER, Appellant, v. TODARO, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Josephine A. Schuller against Filippo Todaro, impleaded with others. No opinion. Motion for reargument denied, without costs, and without prejudice to a renewal at Special Term of the motion for a stay, if the complaint in Todaro v. Somerville Realty Co., 122 N. Y. Supp. 509, has been amended to state a cause of action against the plaintiff herein. See, also, 120 N. Y. Supp. 1145.

SCOTT, Appellant, v. INTERNATIONAL PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by William J. Scott against the International Paper Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 132 App. Div. 939, 116 N. Y. Supp. 1147.

KRUSE, J., dissents. WILLIAMS, J., not sitting.

SEXTON et al. v. SUPREME COUNCIL OF ROYAL ARCANUM. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Maria L. Sexton and others against the Supreme Council of the Royal Arcanum. M. G. Holstein, for plaintiffs. A. C. Salmon, for defendants. No opinion. Exceptions overruled, motion for new trial denied, and judgment directed in favor of defendant upon the verdict, with costs to the defendant. Order filed.

SHEA v. PAPPAS. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Appeal from Trial Term, New York